1  YAR R. CHAIKOVSKY (SB# 175421)
   yarchaikovsky@paulhastings.com
2  PHILIP OU (SB# 259896)
   philipou@paulhastings.com
3  JOSEPH J. RUMPLER, II (SB# 296941)
   josephrumpler@paulhastings.com
4  BERKELEY FIFE (SB# 325293)
   berkeleyfife@paulhastings.com
5  BORIS LUBARSKY (SB# 324896)
   borislubarsky@paulhastings.com
6  PAUL HASTINGS LLP
   1117 S. California Avenue
7  Palo Alto, California  94304-1106
   Telephone:  1(650) 320-1800
8  Facsimile:  1(650) 320-1900

9  Attorneys for Plaintiff
   APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEMARAY LLC,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-09341-JSC<br><br>**NOTICE OF LODGING OF APPLIED MATERIALS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

1 | Plaintiff Applied Materials, Inc. ("Plaintiff"), hereby gives notice that, pursuant to Civil
2 | Local Rule 3-12, Plaintiff is lodging its Administrative Motion to Consider Whether Cases
3 | Should be Related Pursuant to Civil Local Rule 3-12, filed on this date, in the case captioned
4 | Applied Materials, Inc. v. Demaray, LLC, No. 5:20-cv-05676-EJD, and attached as Exhibit 1
5 | hereto.  Exhibit 1 includes the Supporting Declaration of Philip Ou and Proposed Order, that were
6 | filed concurrently with the Administrative Motion.

DATED:  December 28, 2020

YAR R. CHAIKOVSKY
PHILIP OU
JOSEPH J. RUMPLER, II
BERKELEY FIFE
BORIS LUBARSKY
PAUL HASTINGS LLP


By: */s/ Yar R. Chaikovsky*
    Yar R. Chaikovsky

Attorneys for Plaintiff
APPLIED MATERIALS

**CERTIFICATE OF SERVICE**

Pursuant to Local Rules 3-12(b) and 5-5(a), this motion was served on Defendant Demaray LLC's counsel of record by email at the following addresses:

Morgan Chu (#70446)
MChu@irell.com
Benjamin W. Hattenbach (#186455)
BHattenbach@irell.com
C. Maclain Wells (#221609)
MWells@irell.com
IRELL & MANELLA LLP
demaray-service@irell.com