UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEMARAY LLC,<br><br>        Defendant. | Case No. 20-cv-09341 EJD (NC)<br><br>**ORDER REQUESTING UPDATE ON DISCOVERY DISPUTE RE: DEMARAY DEPOSITION**<br><br>Re: ECF 120 |

      On December 15, 2021, I granted Applied's discovery motion requesting a deposition of inventor Dr. Earnest Demaray by January 21, 2022. Despite this Order, the parties filed a second discovery brief about the Demaray deposition on January 24, 2022. ECF 120. The parties are ordered to confer and file a joint status update on the Dr. Demaray deposition by July 19, 2022.

      **IT IS SO ORDERED.**

Dated: July 12, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge