UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMARAY LLC,<br><br>　　　　Defendant. | Case No. 20-cv-09341 EJD (NC)<br><br>**ORDER RESOLVING DISCOVERY DISPUTE RE: DR. DEMARAY DEPOSITION**<br><br>Re: ECF 120, 159 |

On December 15, 2021, I granted Applied's discovery motion requesting permission to depose inventor Dr. Demaray by January 21, 2022. ECF 101. Despite this order, Applied did not conduct the deposition and the parties filed a second discovery brief about the Demaray deposition on January 24, 2022. ECF 120. Then, in response to my request for an update, the parties filed a joint update on July 19. ECF 159. The update revealed that Dr. Demaray was not yet deposed and the parties still have a live dispute.

Demaray has not offered any new or compelling reasons to reconsider my prior order permitting the early deposition of Dr. Demaray. On the other hand, if Applied wants to take the deposition, it must take it. Applied requests a ruling about a second deposition of Dr. Demaray before it has conducted the first one. This request is premature.

As previously ordered, Applied is granted leave to depose Dr. Demaray in this case

and it does not need to conduct a joint deposition with the Texas cases involving Intel and Samsung. By July 29, Applied must file a further response (without additional argument) indicating whether it wishes to depose Dr. Demaray in the window between August 15 and September 30, 2022. If the answer is "yes" the parties must promptly confer and schedule the deposition. If the answer is "no" then the Court will consider the request to compel as withdrawn by Applied. Applied would still be permitted to depose Dr. Demaray at a later stage of the case.

This order resolves the discovery disputes at ECF 120 and 159. No fees or costs are awarded.

**IT IS SO ORDERED.**

Dated: July 21, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2