**Bryan Cave Leighton Paisner LLP**
Sebastian Kaplan, 248206
*sebastian.kaplan@bclplaw.com*
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3400

George C. Chen (*pro hac vice*)
*george.chen@bclplaw.com*
Two North Central Avenue, Suite 1200
Phoenix, Arizona
Telephone: (602) 364-7000

Erin A. Kelly (*pro hac vice*)
*erin.kelly@bclplaw.com*
1700 Lincoln Street, Ste. 4100
Denver, Colorado 80203
Telephone: (303) 866-0422

*Attorneys for Non-Party Advanced Energy Industries, Inc.*

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
SAN FRANCISCO, CA 94111-4076

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Applied Materials, Inc.**,<br><br>Plaintiff,<br><br>v.<br><br>**Demaray LLC**,<br><br>Defendant. | Case No. 5:20-cv-09341-EJD<br><br>**Advanced Energy Industries, Inc.'s Unopposed Motion for Extension of Time to File its L.R. 79-5(f)(3) Statement in Support of Sealing Confidential Business Material Filed Provisionally under Seal at ECF No. 433 Exs. 12 and 13**<br><br>Courtroom: 4 (5th Floor)<br>Judge: Honorable Edward J. Davila |

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
SAN FRANCISCO, CA 94111-4076

Advanced Energy Industries, Inc. ("AE"), who is not a party to this action, hereby submits this unopposed motion under Local Rule 6-3 to extend the time to file its L.R. 79-5(f)(3) Statement In Support Of Sealing Confidential Business Material Filed Provisionally Under Seal At ECF No. 433, Ex. 12 And 13 ("Statement"). AE requests a two week extension of time, to file its Statement no later than **June 7, 2024**.

Plaintiff filed its Administrative Motion to Consider Whether Advance Energy Industries, Inc.'s Material Should Be Sealed on May 6, 2024. ECF No. 433 ("Admin. Motion"). On May 17, 2024, the Court denied the Admin. Motion without prejudice, stating AE failed to file a statement and/or declaration, and directing Plaintiff to publicly file Exhibits 12 and 13 by May 24, 2024.

AE seeks additional time to file its Statement and Declaration because portions of Exhibits 12 and 13 contain AE's confidential business and technical information. *See generally* Decl. of George Chen ("Chen Decl."). AE requires additional time to analyze the exhibits to identify the portions that should remain sealed. Chen Decl. at ¶ 2.

- Exhibit 12 is a User Manual that AE provides confidentially to its customers. The document is 146 pages long and contains detailed technical specifications for AE's Pinnacle III Power Supply. The review process is requiring substantial time and effort from AE personnel knowledgeable about AE's products and the confidentiality of the various technical information therein. *Id*.
- Exhibit 13 comprises excerpts from the deposition of AE's Mr. Pankratz. He has had a number of preexisting work commitments, including work travel. *Id*. In addition, AE has a 4-day company-wide closure over the Memorial Day weekend. *Id*.

Maintaining the narrowly tailored portions of confidential information contained in Exhibits 12 and 13 under seal will prevent serious competitive injury to AE. *Id.* ¶ 3.

AE respectfully submits that the requested extension will not impact the briefing or hearing dates scheduled for the Motion for Summary Judgment (*see* 5/6/24, ECF No. 431), as the responses are not due until June 10, 2024, the replies are not due until June 24, 2024, and the hearing is not set until August 29, 2024 at 9:00 a.m. Chen Decl. ¶ 4. AE's requested extension will not prejudice Plaintiff or Defendant. Moreover, a two-week extension will not prejudice the public's right to access non-confidential portions of these two exhibits.

Counsel for AE met and conferred with counsel for Plaintiff and Defendant and counsel for Plaintiff and Defendant have agreed to the two week extension of time. Chen Decl. at ¶ 5. There have been no other extensions of time requested or granted for the Admin. Mot. Chen Decl. at ¶ 6.

For the foregoing reasons, AE respectfully requests that the Court grant this motion and issue and order extending the deadline for AE to file its response to June 7, 2024.

Dated: May 24, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: *<u>/s/ Sebastian E. Kaplan</u>*
Sebastian E. Kaplan

*Attorneys for Advanced Energy Industries, Inc.*