**Bryan Cave Leighton Paisner LLP**
Sebastian Kaplan, 248206
*sebastian.kaplan@bclplaw.com*
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3400

George C. Chen (*pro hac vice*)
*george.chen@bclplaw.com*
Two North Central Avenue, Suite 1200
Phoenix, Arizona
Telephone: (602) 364-7000

Erin A. Kelly (*pro hac vice*)
*erin.kelly@bclplaw.com*
1700 Lincoln Street, Ste. 4100
Denver, Colorado 80203
Telephone: (303) 866-0422

*Attorneys for Non-Party Advanced Energy Industries, Inc.*

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
SAN FRANCISCO, CA 94111-4076

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Applied Materials, Inc.**,<br><br>Plaintiff,<br><br>v.<br><br>**Demaray LLC**,<br><br>Defendant. | Case No. 5:20-cv-09341-EJD<br><br>**Declaration of George C. Chen in Support of Advanced Energy Industries, Inc.'s Unopposed Motion for Extension of Time to File its L.R. 79-5(f)(3) Statement in Support of Sealing Confidential Business Material Filed Provisionally under Seal at ECF No. 433 Exs. 12 and 13**<br><br>Courtroom: 4 (5th Floor)<br>Judge: Honorable Edward J. Davila |

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
SAN FRANCISCO, CA 94111-4076

I, George C. Chen, hereby declare as follows:

1. I am a partner with the law firm of Bryan Cave Leighton Paisner LLP, and counsel for Advanced Energy Industries, Inc. ("AE"), who is not a party to this action. I have personal knowledge of the facts contained in this declaration, and if called upon to do so, would testify competently as to the matters set forth herein.

2. AE requires additional time to prepare its Statement and Declaration in support of sealing AE's confidential materials filed provisionally under seal. Exhibits 12 and 13 contain material that is confidential and proprietary to AE. In particular, additional time is needed to analyze the two exhibits to identify the portions that should remain sealed.

a. Ex. 12 is 146 pages and, cognizant of AE's interest in protecting its confidential information and the serious injury that would result of access is not restricted, as well as the public's right of access to the Court's files, AE endeavors to identify the portions that should remain sealed. This process requires substantial time and efforts from individuals at AE with knowledge of AE's products and the confidentiality of information concerning its products, as well as the technical and business information contained in Ex. 12.

b. Ex. 13 is excerpts from an AE employee's, Mr. Josh Pankratz, deposition. Undersigned counsel and AE's in-house counsel require additional time to confer with Mr. Pankratz. However, Mr. Pankratz has had a number of preexisting work commitments, including work travel. In addition, AE has a 4-day company-wide closure over the Memorial Day weekend. Given Mr. Pankratz's work schedule and commitments and the intervening long holiday weekend, AE requires additional time to prepare its Statement and Declaration.

3. Maintaining the narrowly tailored portions of confidential information under seal will prevent serious competitive injury to AE.

4. The requested time extension will not impact the schedule for this case. Responses to the motion for summary judgment are due June 10, 2024; replies are due June 24, 2024; and the hearing is scheduled for August 29, 2024.

5. On May 24, 2024, the counsel for AE electronically met and conferred with counsel for Plaintiff and Defendant and counsel for Plaintiff and Defendant have each agreed to the two (2) week extension of time that AE requests.

6. AE has not previously requested an extension of time to file its statement in support of sealing the confidential business material filed provisionally under seal by Applied Materials.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ George C. Chen*
George C. Chen

*Attorneys for Advanced Energy Industries, Inc.*

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
SAN FRANCISCO, CA 94111-4070